*Thomas E. Crosby*, in opposition.

Decided September 19, 2002

## STATE OF CONNECTICUT *v.* ALISON BARLOW

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 232 (AC 18583), is denied.

*Lori Welch-Rubin*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided September 19, 2002

## STATE OF CONNECTICUT *v.* EARL JACOBS

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 488 (AC 20485), is denied.

*Annacarina DelMastro*, assistant public defender, in support of the petition.

*Harry Weller*, senior assistant state's attorney, in opposition.

Decided September 19, 2002

## STATE OF CONNECTICUT *v.* EARL JACOBS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 70 Conn. App. 488 (AC 20485), is granted, limited to the following issue: